**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROLANDO ESCAMILLA, CHELSY** | § | |
| **ESCAMILLA, DAMIAN ESCAMILLA,** | § | |
| **BRANDI MUNOZ AND ANA SANCHEZ** | § | |
| | § | |
| | § | **CIVIL CASE NO.**_____ |
| | § | **JURY DEMAND** |
| **VS.** | § | |
| | § | |
| | § | |
| **RIGOBERTO MORENO-TEQUIDA,** | § | |
| **EAGLE DESERT TRANSPORT, LLC and** | § | |
| **KIMBERLY ZAENS** | § | |

---

## APPLICATION AND NOTICE OF REMOVAL

---

### TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U. S. C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendants **RIGOBERTO MORENO-TEQUIDA AND EAGLE DESERT TRANSPORT, LLC** ("Applicants") file this Application and Notice of Removal and in support thereof would show the Court the following:

1.     On April 17, 2019, Plaintiffs, Rolando Escamilla, Chelsy Escamilla, Damian Escamilla, Brandi Munoz, and Ana Sanchez, filed their Plaintiffs' Original Petition in a cause of action against Defendants, Rigoberto Moreno-Tequida and Eagle Desert Transport, LLC, in the 464th Judicial District Court in Hidalgo County, Texas, Cause No. C-1748-19-L.

2.     On May 22, 2019, Brandi Munoz filed a Plea in Intervention .

3.     On September 13, 2019, Defendant Rigoberto Moreno-Tequida filed his Original Answer to Plea in Intervenor.

4.    On October 18, 2019, Defendant Eagle Desert Transport, LLC filed it Original Answer to Plea in Intervenor.

5.    Pursuant to 28 U.S.C. § 1446 this notice of removal was filed within 30 days after Defendant Eagle Desert Transport, LLC was served with the Intervenor's Plea in Intervenor lawsuit.

6.    This case is one which is removable based upon diversity jurisdiction.

7.    Rigoberto Moreno-Tequida is a citizen and a resident of Mexico. Mr. Tequida consents to this removal.

8.    Eagle Desert Transport, LLC is a company domiciled in Arizona.

9.    Kimberly Zaens according to the Plea in Intervenor is a resident of Canada.

10.    The action described in paragraph 1 arises from a motor vehicle incident that occurred in Hidalgo County, Texas on or about May 23, 2017. Defendants plead that the Court has subject matter jurisdiction over this action, because Plaintiffs and Intervenor seek damages in excess of this court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the state court action was pending.

11.    The amount in controversy exceeds $75,001.00. In Plaintiffs' Original Petition, Plaintiffs seek monetary relief over $200,000.00, but no more than $1,000,000.00. In the Plea in Intervention, Intervenor seeks up to $100,000.

12.    Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicant would show the following:

2

a.  Plaintiffs:            Rolando Escamilla, Chelsy Escamilla, Damian Escamilla, Brandi
                           Munoz and Ana Sanchez;

b.  Intervenor-
    Plaintiff:             Brandi Munoz;

c.  Defendants:            Rigoberto Moreno-Tequida, Eagle Desert Transport, LLC., and
    Kimberly Zaens;

d.  Status of service of process:  Rigoberto Moreno-Tequida became aware of the Plea in
    Intervention and answered on September 13, 2019.  He was not personally served. He
    consents to this removal.

e.  Status of service of Process:  Daisy Garcia on behalf of Eagle Desert Transport, LLC
    was served with Intervenor-Plaintiff's Intervention on September 30, 2019.

f.  Counsel for each party is as follows:

    **Counsel for Plaintiffs, Rolando Escamilla, Chelsey Escamilla, Damian
    Escamilla, Brandi Munoz and Ana Sanchez:**

    **Via E-mail:  cpinkerton@chadpinkerton.com**
    **Via E-mail: rhansen@chadpinkerton.com**
    Chad Pinkerton
    Robert L. Hansen
    The Pinkerton Law Firm, PLLC
    550 Westcott Street, Suite 590
    Houston, Texas 77007

    **Counsel for Intervenor, Brandi Munoz:**

    **Via E-mail: rickmontalvo@lawofficerickmontalvo.com**
    Rick Montalvo
    The Law office of Rick Montalvo
    7017 N. 10th St. Suite N2-329
    McAllen, Texas 78504
    Telephone:  (956) 661-8000
    Telecopier:  (956)  661-8001

    **Via E-Mail:  janeshin@theshinlawfirm.com**
    Jane Shin
    The Shin Law Firm, PLLC
    6400 N. 10th Street, Suite A
    McAllen, Texas 78504
    Telephone:  (956) 661-8000
    Telecopier:  (956)  661-8001

**Counsel for Defendants Rigoberto Moreno-Tequida, Eagle Desert Transport, LLC:**

E-mail: trodriguez@vlrhlaw.com/nvega@vlrhlaw.com/lhernandez@vlrhlaw.com
Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725

g.  A jury was demanded by Defendants Rigoberto Moreno-Tequida and Eagle Desert Transport, LLC in the district court and the jury fee was paid.

h.  Name and address of court from which the case is being removed:

464th Judicial District Court
Hidalgo County
100 S. Closner
Edinburg, Texas 78541

13.    Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the above action now pending in the 464th Judicial District Court of Hidalgo County, Texas, Cause No. C-1748-19-L, styled *Rolando Escamilla, Chelsy Escamilla, Damian Escamilla, Brandi Munoz and Ana Sanchez vs. Rigoberto Moreno-Tequida, Eagle Dessert Transport, LLC and Kimberly Zaens,* be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicants may have such other and further relief at law or in equity to which they may show themselves justly entitled.

4

Respectfully submitted,

By: _____

Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Attorney in Charge

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vlrhlaw.com
**Attorneys for Defendants**
**Rigoberto Moreno-Tequida**
**Eagle Desert Transport, LLC**

5

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application and

Notice of Removal has been forwarded to opposing counsel on this the 30th day of October 2019,

as follows:

**VIA E-SERVICE**
Rick Montalvo
The Law office of Rick Montalvo
7017 N. 10th St. Suite N2-329
McAllen, Texas 78504


**VIA E-SERVICE**
Jane Shin
The Shin Law Firm, PLLC
6400 N. 10th Street, Suite A
McAllen, Texas 78504

**Via E-mail: cpinkerton@chadpinkerton.com**
**Via E-mail: rhansen@chadpinkerton.com**
Chad Pinkerton
Robert L. Hansen
The Pinkerton Law Firm, PLLC
550 Westcott Street, Suite 590
Houston, Texas 77007

Tamara Rodriguez