Case 7:19-cv-00374   Document 71   Filed on 05/05/21 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROLANDO ESCAMILLA, C.E., D.E., AND BRANDI MUNOZ AND ANA SANCHEZ § § § § § VS. § § RIGOBERTO MORENO-TEQUIDA, § EAGLE DESERT TRANSPORT, LLC and § KIMBERLY ZAENS § | CIVIL CASE NO.7:19-cv-00374 JURY DEMAND |

## FINAL JUDGMENT

BE IT REMEMBERED that on this 11th day of March 2021 this case came on before the Court for a final adjudication as to Ana Sanchez, as Next Friend of C.E. and D.E., minor children.

Plaintiff, Ana Sanchez, appeared in person, and by her Attorney, Chad Pinkerton, of the Law Offices of Pinkerton Associates. Guardian Ad Litem for Minors C.E. and D.E., Sarah Pierce Cowen, also appeared before the Court.

Defendants, Rigoberto Moreno Tequida and Eagle Desert Transport, LLC, appeared by and through Tamara L. Rodriguez of Vidaurri, Lyde Rodriguez & Haynes, LLP, the Attorneys of Record for Defendants.

Defendant Kimberly Zaens never made an appearance in this case. Nonetheless, all Plaintiffs fully release, aquit and hold harmless any and all claims they have or may have had against Ms. Kimberly Zaens. Defendant Kimberly Zaens is therefore fully relieved and discharged from any and all liability for the incident made the basis of this suit that could be asserted by any and all Plaintiffs, either individually and/or on behalf of a minor Plaintiffs.

1

The above parties appeared, announced that all Plaintiffs have settled, including Ana Sanchez as Next Friend of C.E. and D. E., Minor Children, subject to the Court's approval, this case against Defendants, Rigoberto Moreno Tequida and Eagle Desert Transport, LLC. Under the terms of the Compromise, Settlement and Release Agreement, Defendants' insurance carrier is to pay the Plaintiff Ana Sanchez, in her capacity as next friend, the following amounts:

    a.    D.E.: THIRTY THOUSAND AND 00/100 DOLLARS ($30,000.00) payable as follows: A draft in the amount of $14,025.55 payable to the Registry of the Court for the Use and Benefit of D.E., a Minor; a draft in the amount of $1,210.62 payable to Blue Cross/Blue Shield (for lien); and a draft in the amount of $14,763.83 to the Pinkerton Law Firm for attorney fees and expenses.

    b.    C.E.: SIXTY THOUSAND AND 00/00 DOLLARS ($60,000.00) payable as follows: A draft in the amount of $30,934.44 payable into the registry of the Court for the Use and Benefit of C.E.; a draft in the amount of $906.71 payable to Blue Cross Blue Shield(for lien); and a draft in the amount of $28,158.85 to the Pinkerton law firm for payment of attorney's fees and expenses.

That consideration will fully settle all claims, demands, and causes of action that have been or could have been brought against Defendants, Rigoberto Moreno Tequida and Eagle Desert Transport, LLC on behalf of C.E and D.E.

The Court heard evidence concerning the reasonableness of the settlement, including the facts of the incident, any fault of the parties, the injuries and damages received by the minor Plaintiffs, and all other evidence deemed by the Court necessary to a determination of the fairness of the settlement. Ana Sanchez as Next Friend of C.E. and D.E., Minor Children, asked the Court to approve the settlement agreement and enter judgment approving the agreement.

The Court then decided that the settlement is fair and in the best interest of the minors, C.E. and D. E., and that the settlement should be approved. The Court now approves the settlement.

The Court specifically approves the same as binding on and conclusive of any action which may ever be asserted by or on behalf of the minors against Rigoberto Moreno Tequida and Eagle Desert Transport, LLC, and the Court therefore enters the following judgment:

    a. D.E.: THIRTY THOUSAND AND 00/100 DOLLARS ($30,000.00) payable as follows: A draft in the amount of $14,025.55 payable to the Registry of the Court for the Use and Benefit of D.E., a Minor; a draft in the amount of $1,210.62 payable to Blue Cross/Blue Shield (for lien); and a draft in the amount of $14,763.83 to the Pinkerton Law Firm for attorney fees and expenses. The sum of $14,025.55, plus accrued interest shall be paid to Minor, D.E. upon him reaching the age of eighteen (18), and further Order of the Court.

    b. C.E.: SIXTY THOUSAND AND 00/00 DOLLARS ($60,000.00) payable as follows: A draft in the amount of $30,934.44 payable into the registry of the Court for the Use and Benefit of C.E.; a draft in the amount of $906.71 payable to Blue Cross Blue Shield(for lien); and a draft in the amount of $28,158.85 to the Pinkerton law firm for payment of attorney's fees and expenses. The sum of $30,934.44, plus accrued interest shall be paid to Minor, C.E. upon her reaching the age of eighteen (18), and further Order of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Guardian Ad Litem, Sarah Cowen, shall receive in legal fees the sum of Five Thousand Five Hundred Seventy-Two and 65/100ths Dollars ($5,572.65), which sum shall be taxed as costs against the Defendants, Rigoberto Moreno Tequida and Eagle Desert Transport, LLC.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Rigoberto Moreno Tequida and Eagle Desert Transport, LLC, are fully relieved and discharged from any and all liability for the incident made the basis of this suit that could be asserted by Ana Sanchez, as Next Friend of C.E and D.E.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff, Ana Sanchez, as Next Friend of C.E and D.E, is denied all relief not expressly granted by this judgment, whether the relief was requested or whether it could have been requested in this case, as to Rigoberto Moreno Tequida and Eagle Desert Transport, LLC.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED all Plaintiffs fully release, aquit and hold harmless any and all claims they have or may have had against Ms. Kimberly Zaens and she is HEREBY fully relieved and discharged from any and all liability for the incident made the basis of this suit that could be asserted by any and all Plaintiffs, either individually and/or on behalf of a minor Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all the adult Plaintiffs' claims are hereby dismissed with prejudice to re-filing.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that taxable court costs aside from the ad litem fees are to be paid by the party incurring same and for which let no execution issue.

SIGNED this 5th day of May, 2021 in the City of McAllen, Texas.

_____
United States District Judge

